# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA LYDA STREMPLE,<br><br>        Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI,[1] Acting Commissioner of Social Security,<br><br>        Defendant. | **Prior Case No. 1:20-cv-01139-BAM**<br><br>**New Case No. 1:20-cv-01139-GSA**<br><br><br>**ORDER OF RECUSAL** |

Pursuant to 28 U.S.C. Section 455, disqualification of the magistrate judge to whom this case is presently assigned is appropriate in this matter.

IT IS THEREFORE ORDERED that the undersigned recuses herself from all proceedings in this present action.

IT IS FURTHER ORDERED that the Clerk of the Court shall assign this action to the docket of Magistrate Judge Gary S. Austin. The new case number is **1:20-cv-01139-GSA.** All future pleadings shall be so numbered. Failure to use the correct case number may delay receipt of documents by the appropriate judicial officer.

IT IS SO ORDERED.

Dated:   **August 3, 2021**            /s/ Barbara A. McAuliffe         
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit.