UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA STREMPLE,<br><br>        Plaintiff,<br><br>  v.<br><br>Commissioner of Social Security,<br><br>        Defendant. | CASE NO.: 1:20-cv-1139-GSA<br><br>**ORDER GRANTING EAJA FEES**<br><br>(Doc. 34) |

As stipulated, Doc. 34, Plaintiff is **awarded** attorney fees and expenses of $12,000 subject to the terms of the stipulation dated July 15, 2024.

IT IS SO ORDERED.

Dated: __**July 19, 2024**__          _____/s/ Gary S. Austin_____
                                                                    UNITED STATES MAGISTRATE JUDGE